In the Matter of LESLIE LEASING CORP., Appellant. JOHN L. JERRO et al., Doing Business as JERRO BROS., et al., Respondents.— Order unanimously affirmed, with costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 894.]

FIDELITY & DEPOSIT COMPANY OF MARYLAND, Appellant, v. PERCY URIS et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 958.]

GLOBE MAIL SERVICE, INC., Appellant, v. GEORGE L. GREEN et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 957.]

DAVID FASS et al., Appellants, v. SAMUEL SABORSKY et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

LOUISE A. BECKER, as Administratrix of the Estate of HERMAN A. BECKER, Deceased, Respondent, v. SOCONY-VACUUM OIL COMPANY, INCORPORATED, Appellant.— Orders unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted, and the clerk of the county of New York, as required by section 188 of the Civil Practice Act, ordered, upon payment of his proper fees therefor, forthwith to deliver to the clerk of the county of Nassau all papers filed in the action and certified copies of all minutes and entries relating thereto. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

TRANSAMERICA GENERAL CORPORATION, Appellant, v. FRANK A. ZUNINO, Respondent.— Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

HERMAN A. LINDE et al., Copartners Doing Business under the Name of LINDE FACTORS, Respondents, v. CONSTABLE HOOK SHIPYARD, INC., Appellant.— Order unanimously affirmed, without costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

HARRY HOROWITZ, Individually and as Officer, Director and Stockholder of SEFER PUBLISHING & BOOKBINDING CO., INC., Respondent, v. SEFER PUBLISHING & BOOKBINDING CO., INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

AARON STREICHLER et al., Copartners Doing Business as STREICHLERS EXPRESS CO., Respondents, v. S. S. STAFFORD, INC., Appellant.— Order, so far as appealed from, unanimously modified by eliminating all of item 7 of the notice of motion and as so modified affirmed, with $20 costs and disbursements to the respondents. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

RUTH K. SCHWARTZ, Appellant, v. JOSEPH A. SCHWARTZ, Respondent.— Order unanimously affirmed, without costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.